# ATTACHMENT 1



JASON R. FLANDERS
T: 916-202-3018
jrf@atalawgroup.com

August 13, 2021

*Via Certified U.S. Mail, Return Receipt Requested*

Ann Edwards,
Interim/Acting County Executive
County of Sacramento
Office of the County Executive
700 H Street, Room 7650
Sacramento, CA 95814

Michael Peterson
Director
Sacramento County Department of Water Resources
827 7th Street, #301
Sacramento, CA 95814

Prabhakar Somavarapu
District Engineer
Sacramento Area Sewer District
10060 Goethe Road
Sacramento, CA 95827

Sacramento County Sanitation Districts Agency
Agency Administrator
10060 Goethe Road
Sacramento, CA 95827

Board of Directors
Sacramento Area Sewer District
700 H Street
Sacramento, CA 95814

RE:   **Notice of Violations and Intent to File Suit Under the Federal Water Pollution Control Act**

To the above-listed notice recipients:

California Coastkeeper Alliance ("Alliance") hereby provides notice of the Alliance's intent to sue for violations of the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.* ("Clean Water Act" or "CWA"), committed by the County of Sacramento ("County") and/or the Sacramento Area Sewer District ("SASD"). As specifically explained below, this letter notifies the County and SASD of their violations of section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a) for point source discharges of pollutants to waters of the United States without a permit. This letter further notifies the County of its violations of National Pollutant Discharge Elimination System Permit and Waste Discharge Requirements General Permit for Discharges

from Municipal Separate Storm Sewer Systems, NPDES Permit No. CAS0085324, Order No. R5-2016-0040 ("General Permit").[1]

Section 505(b) of the Clean Water Act, 33 U.S.C. § 1365(b), requires that sixty (60) days prior to the initiation of a civil action under Section 505(a) of the Clean Water Act, 33 U.S.C. § 1365(a), a citizen must give notice of his/her intent to file suit. Notice must be given to the head of the entity responsible for the violations, the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator of the EPA for the region in which the violations occurred, and the head of the water pollution control agency for the state in which the violations occurred. 33 U.S.C. § 1365(b)(1)(A), *see also* 40 C.F.R. § 135.2(a)(2).

**I.   ORGANIZATION GIVING NOTICE OF CLEAN WATER ACT VIOLATIONS**

California Coastkeeper Alliance is an environmental group, organized as a non-profit corporation in accordance with the laws of the State of California. Using law, policy, and science, the Alliance advances statewide policies and programs for healthy and clean waters. The Alliance works with local Waterkeepers to develop, implement, and defend policies that meet the needs of California's distinct communities and ecosystems. Additionally, the Alliance actively seeks federal and state agency implementation of the CWA and, where necessary, initiates enforcement actions on behalf of itself and its members. The Alliance's offices are located at 1100 11th Street, 3rd Floor, Sacramento, CA 95814. The person providing this Notice is:

> California Coastkeeper Alliance
> c/o Drev Hunt, Legal Director
> 1100 11th Street, 3rd Floor
> Sacramento, CA 95814
> (415) 606-0864

The Alliance has retained legal counsel to represent it in this matter. Please direct all communications to Aqua Terra Aeris Law Group at the address/number below:

> Jason Flanders
> Aqua Terra Aeris Law Group
> 4030 Martin Luther King Jr. Way
> Oakland, CA 94609
> Email: jrf@atalawgroup.com
> (916) 202-3018

The Alliance's members use and enjoy the waters receiving the illegal discharges identified herein, including but not limited to the Sacramento-San Joaquin River Delta ("Delta"), the Sacramento River, and the American River. Information available to the Alliance indicates

---

[1] Under the General Permit, the Permittee is required to submit a Storm Water Management Plan for approval by the Central Valley Water Board, and which then becomes an enforceable part of the General Permit. General Permit, 1.10.

that the County and SASD discharge sewage and associated pollutants to these waters. These discharges of sewage and associated pollutants degrades water quality and harms aquatic life in these waters. Further, the County's and SASD's discharges of sewage and associated pollutants are ongoing and continuous. As a result, the Alliance's members' use and enjoyment of these waters has been and continues to be adversely impacted. In addition, SASD and the County discharge to area businesses, residents' yards and basements, and municipal sidewalks, streets and other paved areas, which exposes members of the Alliance (as well as members of the general public) to substantial health risks.

## II. THE COLLECTION SYSTEM, THE MUNICIPAL SEPARATE STORM SEWER SYSTEM, AND THE ENTITIES RESPONSIBLE FOR THE ALLEGED VIOLATIONS

### A. The Sewage Collection System

The sewage collection system ("Collection System") from which the discharges identified in this Notice Letter occur serves a population of approximately 1.2 million people in the Sacramento region. The Collection System conveys sewage from within Sacramento County and the cities of Elk Grove, Rancho Cordova, and Citrus Heights, and portions of the cities of Sacramento and Folsom, to the sewage collection system owned and operated by the Sacramento Regional County Sanitation District ("SRCSD"), where it is subsequently delivered to the Sacramento Regional Wastewater Treatment Plant ("WWTP"). The Collection System has approximately 299,000 service connections, and consists of approximately 4,682 miles of pipeline, including 3,074 miles of gravity sewer, 1,527 miles of lateral sewer, and 81 miles of force mains. The Collection System consists of pipes and other manmade conveyances that are point sources under the Clean Water Act. *See* 33 U.S.C. § 1362(14).

### B. The County's Municipal Separate Storm Sewer System and the MS4 Permits

The County's municipal separate storm sewer system ("MS4") covers areas also served by the Collection System. An MS4 is a system of conveyances that includes but is not limited to streets, curbs, gutters, other paved surfaces, catch basins, ditches, man-made channels, catch basins and/or storm drains owned or operated by a State, city, or town that is designed or used for collecting or conveying storm water and that discharges to waters of the United States.[2] *See* 40 C.F.R. 122.26(b)(8)(i)-(ii); *see also* 40 C.F.R. § 122.26(b)(18). The County's MS4 contains numerous storm drain inlets that lead to underground storm drain pipes, which discharge to the Sacramento River, the American River, and/or their local tributaries. Pollutants in Sanitary Sewer Overflows ("SSOs") that enter the MS4s discharge to local waterways. Discharges to the MS4 ultimately make their way to the Sacramento River and/or the Delta.

Clean Water Act Section 402(p), 33 U.S.C. § 1342(p), establishes a framework for regulating municipal storm water discharges under NPDES permits. Section 402(p) of the CWA requires dischargers of municipal storm water to obtain and comply with an NPDES permit. 33

---

[2] An MS4 is further defined as a sewer system that is not a combined sewer and is not part of a Publicly Owned Treatment Works. *See* 40 C.F.R. 122.26(b)(8)(iii)-(iv).

U.S.C. § 1342(p)(2). Section 402(p)(3)(B) of the CWA sets forth the requirements that must be in all MS4 permits. 33 U.S.C. § 1342(p)(3)(B). The General Permit regulates discharges into and from the MS4.

The County is among seven municipal entities that have joined together and sought coverage for their municipal storm water discharges under the General Permit. Along with the cities of Sacramento, Folsom, Elk Grove, Citrus Heights, Galt, and Rancho Cordova, the County submitted a Notice of Intent to be covered under the General Permit in 2016, for which a Notice of Applicability ("NOA") was issued on November 23, 2016 approving the NOI and rescinding Waste Discharge Requirements Order R5-2015-0023 (NPDES Permit No. CAS082597) for the Cities of Citrus Heights, Elk Grove, Folsom, Galt, Rancho Cordova, and Sacramento, and County of Sacramento except for enforcement of permit violations that occurred prior to the issuance of the NOA. The General Permit is being violated as alleged in this Notice Letter.

The County of Sacramento and the cities of Sacramento, Citrus Heights, Elk Grove, Folsom, Galt, and Rancho Cordova implemented a Stormwater Quality Improvement Plan (SQIP) dated November 2009, adopted by the Central Valley Regional Water Quality Control Board on January 29, 2010 (Resolution No. R5-2010-0017), as required by an earlier stormwater NPDES permit. The General Permit required the continued implementation of the Permittees' 2009 SQIP and the associated annual work plans.

### C. The SSO Waste Discharge Requirements Order

The State Water Resources Control Board ("State Water Board") adopted Statewide General Waste Discharge Requirements ("WDRs") for Sanitary Sewer Systems, Water Quality Order No. 2006-0003 ("SSO WDR") on May 2, 2006. The Water Board issued Order No. WQ 2013-0058-Exec Amending Monitoring and Reporting Program for Statewide General Waste Discharge Requirements for Sanitary Sewer Systems on August 6, 2013. The Sanitary Sewer Systems WDR requires public agencies that own or operate sanitary sewer systems to develop and implement sewer system management plans and report all SSOs to the State Water Board's online SSO database.

The SASD is enrolled under the SSO WDR. The SSO WDR prohibits discharges of SSOs to waters of the United States. *See* SSO WDR Prohibitions 1 ("Any SSO that results in a discharge of untreated or partially treated wastewater to waters of the United States is prohibited.") However, the SSO WDR is not an NPDES permit. *See* SSO WDR, ¶ 11.

### D. The Owner and Operator of the Collection System

The County is a political subdivision of the State of California. The County of Sacramento is an owner and/or operator of the Collection System. Under the Sacramento County Code, section 2.09.710, "There is established within County government a Sanitation Districts Agency." The SASD and SRCSD select, the County Executive Officer appoints, and the County Board of Supervisors confirms, a District Engineer. County Code, section 2.09.700. "Upon appointment by the Districts, the District Engineer shall be recommended by the County Executive to the County Board of Supervisors for confirmation as Agency Administrator."

Sacramento County Code § 2.09.710. "The Agency shall consist of the following departments: Sacramento Regional County Sanitation District Operations, Sacramento Area Sewer District Operations, Internal Services, and Policy and Planning." *Id.* The Agency Administrator/District Engineer has a number of responsibilities that include among others, (1) performing duties authorized and directed by the SRCSD and SASD Boards of Directors, (2) overseeing the department with County staff assigned to SRCSD and SASD and acting as liaison to those districts' governing bodies, (3) making recommendations to the SRCSD and SASD Boards of Directors and the County Executive respecting sanitary sewer services and infrastructure. *See* Sacramento County Code § 2.09.710.[3] Information available to the Alliance indicates that the head of the Sanitation Districts Agency has an office at 10060 Goethe Road, Sacramento, California 95827.

Within the County Sanitation Districts Agency there are four departments, including the SASD Operations department. Sacramento County Code § 2.09.710. The SASD Operations department is responsible for, among other things, (1) performing duties authorized and directed by the SASD Board of Directors, (2) processing all technical matters related to SASD, (3) making recommendations regarding the awarding of contracts for the construction, repair, and maintenance of all facilities under the department supervision, (4) representing the County and SASD in dealing with other agencies, organizations, groups, and individuals, and (5) advising and assisting other county departments and agencies with respect to the sewer district. *See* Sacramento County Code § 2.09.730.

The SASD is a county sanitation district that serves parts of the Sacramento region including the unincorporated areas of the Sacramento County, and has the Waste Discharge Identification number of 5SSO10912. SASD's offices are located at 10060 Goethe Road, Sacramento, California 95827. SASD is an owner and/or operator of the Collection System. SASD is responsible for the operation and maintenance of its portions of the Collection System. Specifically, SASD's operation and maintenance of the Collection System, includes responding

---

[3] Sacramento County Code § 2.09.700 further clarifies the relationship between the County and SASD: "Pursuant to its Master Interagency Agreement with the Sacramento Regional County Sanitation District, the County of Sacramento is responsible for administering and staffing said District. As matter of practice and efficiency, the same administration and staffing arrangement has been extended to the Sacramento Area Sewer District. While both districts are separately governed, the County of Sacramento is responsible and accountable to those governing bodies. The District Engineer for both districts is selected by those governing bodies, but appointed, pursuant to requirements of the County Charter, by the County Executive Officer and confirmed by the Board of Supervisors. This staffing arrangement and process, together with current administrative structure of the County in which the Department of Water Quality is placed within the Municipal Service Agency of the County has caused confusion as to the reporting relationships of County staff assigned to the Districts and to the applicability of MSA Agency and County policy and procedures to such assigned staff. The purpose of this article is to remove that confusion and to assure that the County of Sacramento is directly responsible for carrying out its responsibilities to the Districts."

to citizen complaints of SSOs, and conducting routine maintenance, cleaning, and inspection of the collection system.

Therefore, both SASD and the County are owners and/or operators of the Collection System and are responsible for discharges from the Collection System.

### E.  The Owner and Operator of the MS4

The County owns and/or operates the MS4 in the unincorporated areas of Sacramento County. The County is a permittee on the General Permit. The County is required to comply with all provisions of the General Permit. General Permit, Provisions, D.1.A. On information and belief, pursuant to the General Permit, the County has jurisdiction over and/or operation and maintenance responsibilities for the MS4 within the unincorporated areas of Sacramento County. The County's Department of Water Resources is charged with the operation and maintenance of the MS4. The County's Department of Water Resources has offices at 827 7th Street, Suite 301, Sacramento, California 95814.

## III.   BACKGROUND AND ENVIRONMENTAL IMPACTS FROM THE ILLEGAL DISCHARGES

### A.  The Collection System, and MS4, and the Waters Receiving Discharges

The Collection System and the MS4 run through several major watersheds that drain to the Delta and its tributaries, including but not limited to Arcade Creek, Brooktree Creek, Chicken Ranch Slough, Elk Grove Creek, Franklin Creek, San Juan Creek, Mokelumne River, Dry Creek, Buffalo Creek, Morrison Creek, Sierra Creek, Fisherman's Lake, Lake Natoma, Laguna Creek, Laguna (North) Creek, Elder Creek, Strawberry Creek, Verde Cruz Creek, Snodgrass Slough, Beacon Creek (Union House Creek), Sutter Slough, Carmichael Creek, Goat Creek, Robla Creek, Florin Creek, Whitehouse Creek, Mariposa Creek, Strong Ranch Slough, Cripple Creek, Magpie Creek, Steelhead Creek, the American River, the Sacramento River, and unnamed tributaries. Information available to the Alliance indicates that SSOs from the Collection System, and the pollutants associated with these SSOs, discharge to these waters, which flow to the Delta.

The American River supports over forty (40) species of fish in the Lower American River watershed. The watershed is a diverse ecosystem, critical to the freshwater life cycle of the endangered winter-run Chinook salmon, the threatened spring-run Chinook salmon, and the threatened Steelhead trout. Designated a "Recreational River" under the California Wild and Scenic Rivers Act and the National Wild and Scenic Rivers Act, the lower American River is widely appreciated for a variety of water contact recreational uses including swimming. The Lower American River meanders westerly from Folsom Lake, joining the Sacramento River's journey south to the Sacramento-San Joaquin Delta about a mile north of Sacramento.

The Sacramento River is California's largest river and the largest contributor of fresh water to the Sacramento-San Joaquin Delta. Beneficial uses of the Sacramento River include municipal and domestic water supply, agricultural water supply, water contact and non-contact

recreation, industrial process and industrial service supply, warm and cold freshwater habitat, cold and warm migration of aquatic organisms, warm spawning, reproduction and/or early development, wildlife habitat, and navigation. The Sacramento River is designated critical habitat for the endangered winter-run Chinook salmon as well as the spring-run Chinook salmon, Steelhead trout, Delta smelt, and green sturgeon, all of which are federally-listed threatened species. Many of the District's SSOs which do not directly spill into the Sacramento River still reach the River via its tributaries. While some areas where spills have occurred were dry at the time of spill, the discharged pollutants remain on the surface of the land and enter receiving waters following rainfall or flooding.

The Delta is the largest Pacific Coast estuary in both North and South America. The Delta is the confluence of five major rivers and numerous creeks and sloughs. This maze of finger-like waterways ebbs and flows through prime California natural habitat and farmland. The Delta is also the primary source of fresh water supply for two-thirds of California's residents. The preservation of this natural resource is essential. The Delta and its tributaries also provide special aesthetic and recreational significance for people living in the surrounding communities. With 700 miles of channels, nearly all navigable, recreation in the Delta is mainly water-oriented. Major recreational activities supported by the Delta include fishing, water-skiing, sailing, cruising, personal watercraft, canoeing, kayaking, swimming, and windsurfing. These activities depend upon water quality and habitat preservation in the Delta. The growing urbanization of the Delta area makes these recreational and aesthetic uses even more important to the quality of life of Delta residents. Furthermore, the Delta fosters the commercial fishing industry in California and beyond. Commercial fishers and sport fishers alike continue to suffer from the constant degradation of the Delta through illegal discharges, upstream including SSOs. The Delta's once-abundant and varied fisheries and species habitat have been drastically diminished by pollution.

### B. Pollutants in Sewage and Their Impacts to the Environment and Human Health

Spills of raw sewage and discharges of sewage-contaminated storm water harm the Delta and its tributaries and pose a serious risk to fisheries, wildlife habitat, and human health. In addition to human waste and bacteria, sewage contains heavy metals, as well as chemicals that cause cancer or reproductive toxicity. These metals and chemicals come from solvents, detergents, cleansers, inks, pesticides, paints, pharmaceuticals, and other materials used by households and businesses, and then discarded to sewage collection systems. High concentrations of these pollutants are typically found in discharges of raw sewage. The intensive use of the American River, Sacramento River, and the numerous tributaries to these rivers for sport fishing and water-contact recreation increases the likelihood of direct human contact with spilled sewage and the pollutants it contains.

Sewage pollution also affects people who eat fish caught in the Delta and its tributaries. Toxic chemicals are concentrated in the Delta's food web, which means that contaminants absorbed by plankton are magnified in fish and birds farther up the food chain and ultimately ingested by human consumers. Contamination of fish is particularly harmful to ethnic and economic minorities, who typically eat an above-average amount of local fish.

Many of the water bodies discussed in this Notice Letter are listed on the State of California's 2014-2016 Clean Water Act Section 303(d) list of impaired water bodies. A water body that is listed as impaired cannot support the designated beneficial uses for that water body.[4] The Sacramento and American Rivers are listed as impaired for mercury. Arcade Creek is listed as impaired for Copper, Diazinon, and Chlorpyrifos, Malathion, Pyrethroids, and unknown toxicity. The Delta Waterways (northern portion) is listed as impaired for polychlorinated biphenyls ("PCBs"), dichlorodiphenyltrichloroethane ("DDT"), Chlorpyrifos, Diazino, Mercury, Toxicity, Group A pesticides, Dieldrin, and Chlordane. Delta Waterways (eastern portion) is listed as impaired for DDT, Toxicity, Diazinon, Mercury, Chlorpyrifos, Group A Pesticides.

Many of these pollutants are found in SASD's and the County's discharges of raw sewage. Therefore, by discharging excessive levels of these pollutants that contribute to the continued impairment of Arcade Creek, Brooktree Creek, Chicken Ranch Slough, Elk Grove Creek, Franklin Creek, San Juan Creek, Mokelumne River, Dry Creek, Buffalo Creek, Morrison Creek, Sierra Creek, Fisherman's Lake, Lake Natoma, Laguna Creek, Laguna (North) Creek, Elder Creek, Strawberry Creek, Verde Cruz Creek, Snodgrass Slough, Beacon Creek (Union House Creek), Sutter Slough, Carmichael Creek, Goat Creek, Robla Creek, Florin Creek, Whitehouse Creek, Mariposa Creek, Strong Ranch Slough, Cripple Creek, Magpie Creek, Steelhead Creek, the American River, and the Sacramento River, the County's and SASD's violations of the Clean Water Act have directly harmed the Alliance's members' use and enjoyment these waters.

SSOs that do not directly reach surface waters still pose significant health risks by depositing raw sewage in public streets, public buildings and grounds, and private yards and homes. SSOs contain large quantities of bacteria, viruses, mold spores, and protozoa. Exposure to raw sewage can cause a variety of health problems, including gastroenteritis, respiratory illness, ear, nose, and throat problems, and skin rashes. Mold spores can establish an ecological niche when they are carried onto a homeowner's property during an overflow, creating an ongoing health risk from chronic exposure. Sewage contaminated waters also may provide a breeding ground for mosquitoes. Residential sewage overflows also diminish property values and impose severe nuisance on local residents.

The Alliance brings this action to compel the County's and SASD's compliance with the Clean Water Act, including seeking injunctive relief to cease the ongoing violations of the CWA, to pay penalties for their violations of the Clean Water Act, as well as seek all other applicable relief authorized by federal law.

---

[4] The designated uses of the water bodies receiving the County's and SASD's discharges include, but are not limited to, municipal and domestic use, warm and cold freshwater habitat, and warm and cold fish migration. *See* Water Quality Control Plan ("Basin Plan") for the California Regional Water Quality Control Board Central Valley Region, Fifth Edition, The Sacramento River Basin and San Joaquin River Basin, (May 2018), Table 2-1.



## IV.   CLEAN WATER ACT VIOLATIONS

### A. Sanitary Sewer Overflows: Unpermitted Sewage Discharges in Violation Clean Water Act Section 301(a), 33 U.S.C. § 1311(a)

Clean Water Act Section 301(a) provides that "the discharge of any pollutant by any person shall be unlawful" unless the discharger is in compliance with the terms of an NPDES permit. 33 U.S.C. § 1311(a). The County and SASD discharge sewage, which contains numerous pollutants. Numerous causes for SSOs include stormwater inflow and/or groundwater infiltration (I/I), defects in the sewer lines, root intrusion, and blockages due to grease and rags. Currently, the District's sewage collection system has insufficient capacity to handle peak wet weather flows. During heavy storms, the system becomes surcharged and untreated sewage overflows at various locations, eventually draining to the locations detailed above. At no point has SASD or the County obtained a CWA permit that authorizes the discharge of pollutants from the Collection System to waters of the United States. Therefore, each and every time SASD and/or the County discharges pollutants, including discharges of sewage and the pollutants in SSOs, from a point source to waters of the United States, is a separate violation of Section 301(a) of the Clean Water Act.

Information available to the Alliance, including internal SSO reporting and response documents and spills reported to the California Integrated Water Quality Systems ("CIWQS"), indicates that the County and SASD have had at least 2,536 SSOs from the Collection System since July 14, 2018, or an average of 14.61 SSOs per 100 miles of sewer pipes per year for 2019 and 2020.[5] *See* **Exhibit A** (table identifying dates and locations of these SSOs). The CIWQS self-reported data indicates since July 14, 2018, the total spill volume was 960,089 gallons, of which 104,314 gallons reached land, 624,386 gallons reached surface water, and 351,635 gallons were recovered. *See id.*

Of the 2,536 SSOs, information available to the Alliance indicates at least 728 reached waters of the United States either directly or through the MS4. *See* **Exhibit B** (table setting forth dates and locations of these 728 SSOs). The MS4 is a point source and the system subsequently discharges to waters of the United States, including but not limited to Arcade Creek, Brooktree Creek, Chicken Ranch Slough, Elk Grove Creek, Franklin Creek, San Juan Creek, Mokelumne River, Dry Creek, Buffalo Creek, Morrison Creek, Sierra Creek, Fisherman's Lake, Lake Natoma, Laguna Creek, Laguna (North) Creek, Elder Creek, Strawberry Creek, Verde Cruz Creek, Snodgrass Slough, Beacon Creek (Union House Creek), Sutter Slough, Carmichael Creek, Goat Creek, Robla Creek, Florin Creek, Whitehouse Creek, Mariposa Creek, Strong Ranch Slough, Cripple Creek, Magpie Creek, Steelhead Creek, the American River, and the Sacramento River. SSOs from the Collection System that reach the MS4 ultimately discharge to waters of the United States. The Alliance hereby puts the County and SASD on notice that all discharges of pollutants from a point source to waters of the United States, including the

---

[5] Information available to the Alliance indicates that well-run collection systems in California average between 0-3 SSOs per 100 miles of pipe per year, average systems have between 4-6 SSOs per 100 miles of pipe per year, and poorly run systems exceed 10 SSOs per 100 miles of pipe per year.

County's and/or SASD's SSOs that discharge directly to waters and those SSOs that enter the MS4 and then discharge to waters, are violations of Section 301(a) of the Clean Water Act. Of significant concern is the volume and duration of spill in a number of these events:

- January 16-18, 2021 (Event ID # 871658) – an SSO estimated at 489,494 gallons occurred as a result of a "force main repair coupler" having been "dislodged causing overflow." The District reported 107,247 gallons being recovered and 10,400 gallons reaching land, while 379,232 gallons were reported as having impacted an "unnamed tributary to Mokelumne River." These amounts totaling 496,879 gallons are inconsistent with the reported volume of the spill.
- December 9-10, 2019 (Event ID# 863491) – an SSO estimated at 66,190 gallons occurred. The reported cause of the spill was "vandalism." Of the 66,190 gallons, 24,559 gallons were reported as reaching land and 22,609 gallons as recovered, while 41,631 gallons were reported as reaching an "unnamed tributary to Arcade Creek." These amounts totaling 88,799 gallons are inconsistent with the reported volume of the spill.
- February 26-27, 2019 (Event ID # 856738) – an SSO estimated at 22,845 gallons occurred. "Heavy storms caused excessive I&O to the sewer system, exceeding the design capacity of the collection system." Of the 22,845 gallons, 3 gallons were reported as both reaching land and recovered while 22,842 gallons were reported as reaching an "Unnamed Creek tributary to Steelhead Creek (Natomas East Main Drainage Canal)." These amounts totaling 22,848 gallons are inconsistent with the reported volume of the spill.

Full and complete reporting of SSOs is essential to gauging their impact on public health and the environment. The County and/or SASD's SSO Reports, which should reveal critical details about each of these SSOs, lack responses to specific questions that would identify the causes and the potential repairs ensuring these violations would not recur. In addition, the Alliance believes many of the SSOs reported by the County and/or SASD as partially reaching a surface water did so in greater volume than stated. Information available to the Alliance also indicates that the County and/or SASD have been underreporting the number of SSOs that take place from the collection system and that the County and/or SASD lack an adequate monitoring program to detect, report, and address SSOs and their impacts. The Alliance believes that a careful reading of the time when the County and/or SASD received notification of an SSO, the time of its response, and the time at which the SSO ended, too often appear as unlikely estimations. For example:

- February 26-27, 2019 (Event ID # 856738) – The estimated spill start time is reported as 2:22 pm on February 26, 2019, while the agency notification is reported as 2:19 pm, 3 minutes before the estimated spill start time. The operator arrival time is reported as 2:53 pm and the spill end time as 4:08 pm on February 27, 2019.
- November 30 through December 12, 2018 (Event ID# 854999) - The estimated spill start time is reported as 12:00 pm, on November 30, 2018. The agency notification time is reported as 10:02 pm, while both the operator arrival and estimated spill end time are reported as 10:27 pm on December 12th. Out of the total estimated volume of 10,873 gallons, it was reported that 895 gallons were recovered, 49 gallons reached land, and 9,973 gallons impacted an unnamed tributary of the Sacramento River.

Given the unlikely accuracy of the times and intervals provided in these reports, it is difficult to consider the stated volumes as accurate. Without accurately reporting the spill start and end time, it is likely that the duration and volume of a spill will be underestimated.

The Alliance also contends that the County and/or SASD is understating the significance of the impacts of its CWA violations by failing to post health warning signs for discharges reaching a surface water. For example, despite the obvious risk to health, the County and/or SASD did not post any warning signs to warn the public for 155 spills, and has not provided any information on CIWQS whether warnings were for posted for 2,371 spills. *See* **Exhibit C** (table identifying SSOs with either no information on warnings or where none were provided.)

It is a well-established fact that exfiltration caused by pipeline cracks and other structural defects in a collection system result in discharges to adjacent surface waters via the MS4, and underground hydrological connections. The Alliance contends that untreated sewage is discharged from cracks, displaced joints, eroded segments, etc., in the County and SASD's sewage collection system into groundwater hydrologically connected to surface waters including, but not limited to, the American River and its tributaries including Chicken Ranch Slough and Strong Ranch Slough, tributaries of the Sacramento River including Steelhead Creek and Arcade Creek, and tributaries of Arcade Creek including Brooktree Creek, San Juan Creek, and Cripple Creek, Mokelumne River, Dry Creek, Buffalo Creek, Morrison Creek, Sierra Creek, Fisherman's Lake, Lake Natoma, Laguna Creek, Laguna (North) Creek, Elder Creek, Strawberry Creek, Verde Cruz Creek, Snodgrass Slough, Beacon Creek (Union House Creek), Sutter Slough, Carmichael Creek, Goat Creek, Florin Creek, Whitehouse Creek, Mariposa Creek, and Robla Creek. Surface waters become contaminated with pollutants including human pathogens. Chronic failures in the collection system pose a substantial threat to public health. Studies tracing human markers specific to the human digestive system in surface waters adjacent to defective sewer lines in other systems have verified the contamination of the adjacent waters with untreated sewage. Evidence of exfiltration can also be supported by reviewing mass balance data, I/I data, and video inspection, as well as tests of waterways adjacent to sewer lines for nutrients, human pathogens, and other human markers such as caffeine. Any exfiltration from the District's collection system that reaches waters of the United States is a violation of the CWA.

The Alliance contends that the County and SASD fails to adequately mitigate the impacts of SSOs. As noted above, the County and SASD is subject to WDR Order No. 2006-0003-DWQ governing the operation of sanitary sewer systems. The EPA's "Report to Congress on the Impacts and Control of CSOs and SSOs" (EPA 833-R-04-001) identifies SSOs as a major source of microbial pathogens and oxygen depleting substances. The Alliance finds no record of the County and/or SASD performing any analysis of the impact of its SSOs on aquatic or wildlife habitat, nor any evaluation of the measures needed to restore water bodies designated as habitat from the impacts of SSOs. Numerous critical habitat areas exist within areas of the County and/or SASD's SSOs. Both the American River and Sacramento River flow into the Sacramento San Joaquin Delta, a sensitive ecosystem which is experiencing serious decline. There is no record of the County and/or SASD performing any analysis of the impact of SSOs on critical habitat of protected species under the federal Endangered Species Act ("ESA"), nor any evaluation of the measures needed to restore water bodies designated as critical habitat from the

impacts of SSOs. The WDR requires the County and SASD to take all feasible steps and perform necessary remedial actions following the occurrence of an SSO, including limiting the volume of waste discharged, terminating the discharge, and recovering as much of the wastewater as possible. Further remedial actions include intercepting and re-routing of wastewater flows, vacuum truck recovery of the spill, cleanup of debris at the site, and modification of the collection system to prevent further SSOs at the site. One of the most important remedial measures is the performance of adequate sampling to determine the nature and impact of the release. The Alliance contends the Count and/or SASD are not sampling enough of its reported SSOs. For example, since July 14, 2018 through present, data on CIWQS indicates that of the 728 SSOs reported by the County and/or SASD as having reached a surface water, only 16 were sampled. *See* Exhibit B. The rest are listed as have not had any samples taken or data is listed as "null." *See id.*

The Alliance believes more SSOs will be discovered through this enforcement action. Alliance, therefore, specifically puts the County and/or SASD on notice that all unpermitted point source discharges of pollutants resulting from SSOs, whether specifically reported or not, will be included in this litigation. The Alliance will include additional violations including, but not limited to, SSOs occurring after the date of this Notice Letter when additional information becomes available.

The County's and SASD's unpermitted point source discharges of pollutants resulting from SSOs from the Collection System in violation of the Clean Water Act are ongoing and continuous. Every day and/or occasion that the County and SASD have discharged and continues to discharge pollutants resulting from SSOs from point sources directly to waters of the United States or to waters of the United States through the MS4 is a separate and distinct violation of the Clean Water Act. The County's and SASD's violations will continue every day and/or occasion they, or either of them, discharge pollutants resulting from SSOs in violation of Section 301(a) of the Clean Water Act. The County and/or SASD are subject to penalties for all violations of the Clean Water Act occurring since July 14, 2018.

### B. Discharges of Sewage to the County MS4 in Violation of the General Permit and the Clean Water Act

Discharge Prohibition II.B.1 of the General Permit requires the County to effectively prohibit the discharge of non-storm water (material other than storm water) into the MS4. As explained below, the County has violated and continues to violate this provision by failing to effectively prohibit the discharge of SSOs from the Collection System into the MS4.

SSOs that enter the County's MS4 are not storm water but rather raw sewage. Information currently available to Alliance indicates that there have been discharges of SSOs, or non-storm water, into the County's MS4 on at least 718 occasions since July 14, 2018.[6] *See* **Exhibit D** (table setting forth dates and locations of these 718 SSOs). This large number of

---

[6] These 718 SSOs are a subset of the 728 SSOs identified in Exhibit B. Each is a violation of section 301(a) of the Clean Water Act (as explained in Section IV.A above) and is also a violation of the General Permit as described in this section (Section IV.B).

SSOs, among other things, indicates that the County is in consistent and chronic violation of the General Permit requirements to effectively prohibit discharges to the MS4. *See* General Permit Discharge Prohibition, II.B.1. Moreover, on information and belief, the Alliance alleges that all SSOs that reached a street, curb, or gutter have entered the MS4, in violation of the General Permit. Violations for failing to effectively prohibit SSO discharges to the MS4 have occurred every day since July 14, 2018 and will continue every day that the County fails to effectively prohibit SSOs to the MS4.[7] Information available to the Alliance indicates that the County and SASD have been underreporting and/or misreporting the number of SSOs that enter the MS4 from the Collection System. The Alliance will add additional violations by the County as they are discovered in the course of this litigation. The Alliance puts the County on notice that each SSO that all discharges into the County MS4 will be included in this enforcement action.

Every day the County failed and continues to fail to effectively prohibit non-storm water discharges in the form of SSOs to the MS4 is a separate and distinct violation.[8] *See* General Permit Discharge Prohibition, II.B.1. The County's violations of these permit requirements will continue every day and/or occasion SSOs enter the County's MS4 in violation of the requirements of either the General Permit and the CWA. The County is subject to penalties for all violations of the Clean Water Act occurring since July 14, 2018.

### C. Discharges of Pollutants from SSOs from the County MS4 in Violation of the General Permit and the Clean Water Act

The General Permit has Technology Based Effluent Limitations that prohibit discharges from the MS4 that contain pollutants not reduced to the maximum extent practicable. General Permit, III.A. As explained below, the County has violated and continues to violate its duty under the General Permit by discharging pollutants associated with SSOs from the MS4 that have not been reduced to the maximum extent practicable.

The bacteria and other components of raw sewage are pollutants. SSOs from the Collection System have discharged to the MS4 at least 718 times since July 14, 2018. *See* Exhibit D. The pollutants from these SSOs enter the MS4 and are either immediately discharged from the MS4 to local waterways, or are discharged to local waterways during the next precipitation event that produces a discharge from the MS4.

The County's continued failure to prevent SSOs from reaching the MS4 results in a failure to meet its obligation to reduce the discharge of these pollutants from the MS4 to the maximum extent practicable. For example, on at least 155 occasions, an SSO from the Collection System entered the MS4 and immediately discharged from the MS4 to waters of the United States. *See* **Exhibit E** (table of SSOs reported as discharging to the MS4 and waters of the United States). On information and belief, each of the 155 discharges identified in Exhibit E

---

[7] At a minimum, the County violated Discharge Prohibition II.B.1 every time an SSO from the Collection System enters the MS4.
[8] At a minimum, every time that non-storm water in the form of SSOs enters the County's MS4 is a separate and distinct violation. *See* General Permit Discharge Prohibition, II.B.1.

contained pollutants from SSOs not reduced to the maximum extent practicable and are a violation of General Permit, III.A.

## V.     REMEDIES

Upon expiration of the 60-day notice period, the Alliance will file a citizen suit enforcement action pursuant to Section 505(a) of the Clean Water Act, 33 U.S.C. § 1365(a), for the above-referenced violations. The Alliance will seek injunctive relief preventing further violations of the Clean Water Act pursuant to Sections 505(a) and (d), 33 U.S.C. § 1365(a) and (d), declaratory relief, and such other relief as permitted by law. Pursuant to Section 309(d) of the Clean Water Act, 33 U.S.C. § 1319(d), and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Clean Water Act subjects the violator to a penalty for all violations occurring during the period commencing five (5) years prior to the date of a notice of intent to file suit letter. Pursuant to § 309(d) of the CWA, 33 U.S.C. § 1319(d), and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the CWA subjects the violator of a penalty of up to $56,460 per day per violation for violations that occurred after November 2, 2015. Lastly, pursuant to Section 505(d) of the Clean Water Act, 33 U.S.C. §1365(d), the Alliance will seek to recover its costs, including attorneys' and experts' fees, associated with this enforcement action.

## VI.     CONCLUSION

During the 60-day notice period the Alliance is willing to discuss effective remedies for the violations noted in this letter. If the County and SASD wish to pursue such discussions, we suggest that they initiate those discussions immediately.

Sincerely,

*Jason Flanders*
Jason Flanders
Attorney for California Coastkeeper Alliance

CC via U.S. Mail

Michael S. Regan, Administrator
U.S. Environmental Protection Agency
Office of the Administrator
Mail Code: 1101A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Deborah Jordan, Acting Regional Administrator
U.S. Environmental Protection Agency Region IX
75 Hawthorne Street
San Francisco, California 94105

Eileen Sobeck, Executive Director
State Water Resources Control Board
P.O. Box 100
Sacramento, California 95812-0100

Patrick Pulupa, Executive Officer
Regional Water Quality Control Board
Region 5, Central Valley
11020 Sun Center Drive, #200
Rancho Cordova, CA 95670-6114