SOMACH SIMMONS & DUNN, PC
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
MICHELLE E. CHESTER, ESQ. (SBN 300632)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com
mchester@somachlaw.com

Attorneys for Defendants COUNTY OF SACRAMENTO,
SACRAMENTO AREA SEWER DISTRICT, and
SACRAMENTO COUNTY DEPARTMENT OF WATER
RESOURCES

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA COASTKEEPER ALLIANCE, a
California non-profit corporation,

      Plaintiff,

  v.

COUNTY OF SACRAMENTO, a municipality,
SACRAMENTO AREA SEWER DISTRICT, a
California county sanitation district, and
SACRAMENTO COUNTY DEPARTMENT OF
WATER RESOURCES,

      Defendants.

Case No. 2:21-cv-01916-WBS-KJN

**STIPULATION AND ORDER TO
EXTEND DEADLINE FOR FILING
RESPONSE TO COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND CIVIL PENALTIES**

Judge:  Honorable William B. Shubb

   Pursuant to Local Rule 144, Plaintiff CALIFORNIA COASTKEEPER ALLIANCE and

Defendants COUNTY OF SACRAMENTO, SACRAMENTO AREA SEWER DISTRICT, and

SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES (collectively, "the

Parties") agree to extend the deadline for the Defendants to file a response to the Complaint for

Declaratory and Injunctive Relief and Civil Penalties, ECF No. 1.  The Parties hereby agree and

stipulate that:

   1.  Defendants' responsive pleading to the Complaint be filed by April 14, 2022.

   This is the first stipulation to continue the deadline for Defendants' responsive pleading.

SOMACH SIMMONS & DUNN
A Professional Corporation

1    IT IS SO STIPULATED.

2    Dated:  January 4, 2022

3                                        Respectfully submitted,

4                                        */s/ Jason R. Flanders*
5                                        JASON R. FLANDERS (Bar No. 238007)
     ERICA A. MAHARG (Bar No. 279396)
6                                        Aqua Terra Aeris (ATA) Law Group
     4030 Martin Luther King Jr. Way
7                                        Oakland, CA 94609
     Telephone: (510) 473-8793
8                                        jrf@atalawgroup.com
     eam@atalawgroup.com
9                                        *Attorneys for Plaintiff California Coastkeeper Alliance*

10

11                                       */s/ Brittany K. Johnson*
     BRITTANY K. JOHNSON (Bar No. 282001)
12                                       Somach Simmons & Dunn, PC
     500 Capitol Mall, Suite 1000
13                                       Sacramento, CA 95814
     Telephone: (916) 446-7979
14                                       bjohnson@somachlaw.com
     *Attorneys for Defendants County of Sacramento,*
15                                       *Sacramento Area Sewer District, and Sacramento County*
     *Department of Water Resources*

16

17                          **O R D E R**

18        Defendants' responsive pleading to the Complaint is **EXTENDED**, through and including

19   **April 14, 2022**.

20        The Initial Case Status Conference in this matter shall be **CONTINUED** from February

21   28, 2022 to **May 23, 2022, at 1:30 PM**. A Joint Status Report shall be filed no later than **May 9,**

22   **2022**, pursuant to the Court's Order re Status (Pretrial Scheduling) Conference filed 10/14/2021,

23   (Docket No. 4).

24        IT IS SO ORDERED.

25        Dated:  January 5, 2022

26                                       WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

27

28

*SOMACH SIMMONS & DUNN*
*A Professional Corporation*