SOMACH SIMMONS & DUNN, PC
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
MICHELLE E. CHESTER, ESQ. (SBN 300632)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com
mchester@somachlaw.com

Attorneys for Defendants COUNTY OF SACRAMENTO,
SACRAMENTO AREA SEWER DISTRICT, and
SACRAMENTO COUNTY DEPARTMENT OF WATER
RESOURCES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, a California non-profit corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, a municipality, SACRAMENTO AREA SEWER DISTRICT, a California county sanitation district, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES,<br><br>                    Defendants. | Case No. 2:21-cv-01916-WBS-KJN<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES<br><br>Judge: Honorable William B. Shubb |

Pursuant to Local Rule 144, Plaintiff CALIFORNIA COASTKEEPER ALLIANCE and Defendants COUNTY OF SACRAMENTO, SACRAMENTO AREA SEWER DISTRICT, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES (collectively, "the Parties") agree to extend the deadline for the Defendants to file a response to the Complaint for Declaratory and Injunctive Relief and Civil Penalties, ECF No. 1.

Since the filing of the Complaint, the Parties have engaged in settlement discussions, including Plaintiff's request of information related to Defendants' systems and operations and Defendants' responses to those requests.  Plaintiff and Defendants have also met to discuss that

information. Plaintiff recently transmitted a settlement proposal, and Defendants have begun to evaluate the proposal and develop a response. The Parties desire to continue these settlement discussions and have scheduled dates over the next two months to progress those discussions.

  Therefore, the Parties hereby agree and stipulate that:

  1. Defendants' responsive pleading to the Complaint be filed by June 15, 2022.

  This is the second stipulation to continue the deadline for Defendants' responsive pleading.

  IT IS SO STIPULATED.

Dated: April 11, 2022

           Respectfully submitted,

          */s/ Jason R. Flanders*
          JASON R. FLANDERS (Bar No. 238007)
          ERICA A. MAHARG (Bar No. 279396)
          Aqua Terra Aeris (ATA) Law Group
          4030 Martin Luther King Jr. Way
          Oakland, CA 94609
          Telephone: (510) 473-8793
          jrf@atalawgroup.com
          eam@atalawgroup.com
          *Attorneys for Plaintiff California Coastkeeper Alliance*


          */s/ Brittany K. Johnson*
          BRITTANY K. JOHNSON (Bar No. 282001)
          Somach Simmons & Dunn, PC
          500 Capitol Mall, Suite 1000
          Sacramento, CA 95814
          Telephone: (916) 446-7979
          bjohnson@somachlaw.com
          *Attorneys for Defendants County of Sacramento, Sacramento Area Sewer District, and Sacramento County Department of Water Resources*

///

///

///

///

///

SOMACH SIMMONS & DUNN
A Professional Corporation

SOMACH SIMMONS & DUNN
A Professional Corporation

Case 2:21-cv-01916-WBS-KJN   Document 16   Filed 04/13/22   Page 3 of 4

ORDER

IT IS SO ORDERED.

1. Defendants' responsive pleading to the Complaint be filed by June 15, 2022; and
2. The Scheduling Conference is continued to **August 1, 2022 at 1:30 p.m.** A joint status report shall be filed no later than **July 18, 2022**.

Dated: April 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## **ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: April 11, 2022        SOMACH SIMMONS & DUNN, PC

By: */s/ Brittany K. Johnson*
Brittany K. Johnson, Esq. (Bar No. 282001)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Ph: (916) 446-7979
bjohnson@somachlaw.com
*Attorneys for Defendants County of Sacramento, Sacramento Area Sewer District, and Sacramento County Department of Water Resources*