SOMACH SIMMONS & DUNN, PC
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
MICHELLE E. CHESTER, ESQ. (SBN 300632)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com
mchester@somachlaw.com

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO AREA SEWER DISTRICT, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA COASTKEEPER ALLIANCE, a California non-profit corporation,

Plaintiff,

v.

COUNTY OF SACRAMENTO, a municipality, SACRAMENTO AREA SEWER DISTRICT, a California county sanitation district, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES,

Defendants.

Case No. 2:21-cv-01916-WBS-KJN

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES

Judge: Honorable William B. Shubb

Pursuant to Local Rule 144, Plaintiff CALIFORNIA COASTKEEPER ALLIANCE and Defendants COUNTY OF SACRAMENTO, SACRAMENTO AREA SEWER DISTRICT, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES (collectively, “the Parties”) agree to extend the deadline for the Defendants to file a response to the Complaint for Declaratory and Injunctive Relief and Civil Penalties, ECF No. 1.

Since the filing of the Complaint, the Parties have engaged in settlement discussions. Plaintiff and Defendants have continued to meet and exchange information and drafts of a potential settlement proposal, with the most recent communication occurring on August 25, 2022.

SOMACH SIMMONS & DUNN
A Professional Corporation

The Parties have made substantial progress toward an agreement and seek this additional extension to work toward a final settlement to fully resolve this matter.

Therefore, the Parties hereby agree and stipulate that:

1. Defendants' responsive pleading to the Complaint be filed by October 21, 2022.

2. The Scheduling Conference is reset for **December 19, 2022 at 1:30 p.m.**

3. A joint status report shall be filed no later than **December 5, 2022** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed October 14, 2021 (Docket No. 4).

This is the fifth stipulation to continue the deadline for Defendants' responsive pleading.

IT IS SO STIPULATED.

Dated: August 26, 2022

                        Respectfully submitted,

*/s/ Jason R. Flanders*
JASON R. FLANDERS (Bar No. 238007)
ERICA A. MAHARG (Bar No. 279396)
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (510) 473-8793
jrf@atalawgroup.com
eam@atalawgroup.com
*Attorneys for Plaintiff California Coastkeeper Alliance*

*/s/ Michelle E. Chester*
Michelle E. Chester, Esq. (SBN 300632)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
mchester@somachlaw.com
*Attorneys for Defendants County of Sacramento, Sacramento Area Sewer District, and Sacramento County Department of Water Resources*

IT IS SO ORDERED.

Dated: August 29, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SOMACH SIMMONS & DUNN
A Professional Corporation

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES -3-