SOMACH SIMMONS & DUNN, PC
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
MICHELLE E. CHESTER, ESQ. (SBN 300632)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com
mchester@somachlaw.com

Attorneys for Defendants COUNTY OF SACRAMENTO,
SACRAMENTO AREA SEWER DISTRICT, and
SACRAMENTO COUNTY DEPARTMENT OF WATER
RESOURCES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a municipality, SACRAMENTO AREA SEWER DISTRICT, a California county sanitation district, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES,<br><br>Defendants. | Case No. 2:21-cv-01916-WBS-KJN<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES<br><br>Judge: Honorable William B. Shubb |

Pursuant to Local Rule 144, Plaintiff CALIFORNIA COASTKEEPER ALLIANCE and Defendants COUNTY OF SACRAMENTO, SACRAMENTO AREA SEWER DISTRICT, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES (collectively, "the Parties") agree to extend the deadline for the Defendants to file a response to the Complaint for Declaratory and Injunctive Relief and Civil Penalties, ECF No. 1.

Since the filing of the Complaint, the Parties have engaged in settlement discussions. Plaintiff and Defendants have continued to meet and exchange information and drafts of a potential settlement proposal, with the most recent communication occurring on October 14,

2022.  The Parties desire to continue these settlement discussions and request an approximately 45-day extension to continue making progress toward an agreement.

      Therefore, the Parties hereby agree and stipulate that:

      1.    Defendants' responsive pleading to the Complaint be filed by December 5, 2022.

This is the sixth stipulation to continue the deadline for Defendants' responsive pleading.

      IT IS SO STIPULATED.

Dated:  October 17, 2022

                    Respectfully submitted,

*/s/ Jason R. Flanders*
JASON R. FLANDERS (Bar No. 238007)
ERICA A. MAHARG (Bar No. 279396)
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (510) 473-8793
jrf@atalawgroup.com
eam@atalawgroup.com
*Attorneys for Plaintiff California Coastkeeper Alliance*

*/s/ Brittany K. Johnson*
BRITTANY K. JOHNSON (Bar No. 282001)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
bjohnson@somachlaw.com
*Attorneys for Defendants County of Sacramento, Sacramento Area Sewer District, and Sacramento County Department of Water Resources*

      **IT IS SO ORDERED:**  Defendants' responsive pleading to the Complaint shall be filed by December 5, 2022.  The Scheduling Conference is continued to **February 27, 2023 at 1:30 p.m.**  A joint status report shall be filed no later than **February 13, 2023** in accordance with the Court's  Order Re: Status (Pretrial Scheduling) Conference filed October 14, 2021 (Docket No. 4).

Dated:  October 17, 2022

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

SOMACH SIMMONS & DUNN
A Professional Corporation

**ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: October 17, 2022       SOMACH SIMMONS & DUNN, PC

By: */s/ Brittany K. Johnson*
Brittany K. Johnson, Esq. (Bar No. 282001)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Ph: (916) 446-7979
bjohnson@somachlaw.com
*Attorneys for Defendants County of Sacramento, Sacramento Area Sewer District, and Sacramento County Department of Water Resources*