SOMACH SIMMONS & DUNN, PC
A Professional Corporation
BRITTANY K. JOHNSON, ESQ. (SBN 282001)
MICHELLE E. CHESTER, ESQ. (SBN 300632)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
bjohnson@somachlaw.com
mchester@somachlaw.com

Attorneys for Defendants COUNTY OF SACRAMENTO,
SACRAMENTO AREA SEWER DISTRICT, and
SACRAMENTO COUNTY DEPARTMENT OF WATER
RESOURCES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, a California non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SACRAMENTO, a municipality, SACRAMENTO AREA SEWER DISTRICT, a California county sanitation district, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01916-WBS-KJN<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES<br><br>Judge:  Honorable William B. Shubb |

　　　　Pursuant to Local Rule 144, Plaintiff CALIFORNIA COASTKEEPER ALLIANCE and Defendants COUNTY OF SACRAMENTO, SACRAMENTO AREA SEWER DISTRICT, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES (collectively, "the Parties") agree to extend the deadline for the Defendants to file a response to the Complaint for Declaratory and Injunctive Relief and Civil Penalties, ECF No. 1.

　　　　Since the issuance of the October 17, 2022 Stipulation and Order, the Parties have reached agreement on a proposed consent decree.  The proposed consent decree was approved by Defendant's Board of Directors on November 9, 2022.  The proposed consent decree was then conveyed to the United States Department of Justice (DOJ) for review and, on November 15,

2022, the Parties received correspondence from the DOJ that a Citizen Suit Coordinator would complete federal review of the proposed consent decree and provide any comments to the Court. The DOJ's 45-day review and comment period will end on December 30, 2022. The Parties intend to submit the proposed consent decree to the court upon completion of the DOJ review and comment period.

Therefore, the Parties hereby agree and stipulate that:

1. Defendants' responsive pleading to the Complaint be filed by February 20, 2022.

This is the seventh stipulation to continue the deadline for Defendants' responsive pleading.

IT IS SO STIPULATED.

Dated: December 5, 2022

Respectfully submitted,

*/s/ Jason R. Flanders*
JASON R. FLANDERS (Bar No. 238007)
ERICA A. MAHARG (Bar No. 279396)
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Telephone: (510) 473-8793
jrf@atalawgroup.com
eam@atalawgroup.com
*Attorneys for Plaintiff California Coastkeeper Alliance*

*/s/ Brittany K. Johnson*
BRITTANY K. JOHNSON (Bar No. 282001)
Somach Simmons & Dunn, PC
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
bjohnson@somachlaw.com
*Attorneys for Defendants County of Sacramento, Sacramento Area Sewer District, and Sacramento County Department of Water Resources*

IT IS SO ORDERED.

Dated: December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## **ATTORNEY ATTESTATION OF CONCURRENCE**

I hereby attest that I have obtained concurrence in the filing for the signature of all counsel indicated by a "conformed" signature ("/s/") within this e-filed document, in accordance with Civil L.R. 5-1(i).

Dated: December 5, 2022          SOMACH SIMMONS & DUNN, PC

By: */s/ Brittany K. Johnson*
         Brittany K. Johnson, Esq. (Bar No. 282001)
         500 Capitol Mall, Suite 1000
         Sacramento, CA 95814
         Ph: (916) 446-7979
         bjohnson@somachlaw.com
         *Attorneys for Defendants County of Sacramento, Sacramento Area Sewer District, and Sacramento County Department of Water Resources*