Jason R. Flanders (Bar No. 238007)
Erica A. Maharg (Bar No. 279396)
Aqua Terra Aeris (ATA) Law Group
4030 Martin Luther King Jr. Way
Oakland, California 94609
Telephone: (510) 473-8793
Email: jrf@atalawgroup.com
Email: eam@atalawgroup.com

Drevet Hunt (Bar No. 240487)
California Coastkeeper Alliance
1100 11th Street, 3rd Floor
Sacramento, California 95814
Phone: (415) 606-0864
Fax: (415) 520-6125
Email: dhunt@cacoastkeeper.org

Daniel Cooper (Bar No. 153576)
Sycamore Law
1004 O'Reilly Ave
San Francisco CA 94129
Phone: (415) 360-2962
Email: daniel@sycamore.law

Attorneys for Plaintiff
CALIFORNIA COASTKEEPER ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA COASTKEEPER ALLIANCE, a California non-profit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, a municipality, SACRAMENTO AREA SEWER DISTRICT, a California county sanitation district, and SACRAMENTO COUNTY DEPARTMENT OF WATER RESOURCES,<br><br>  Defendants. | Case No.: 2:21-cv-01916-WBS-KJN<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** |

WHEREAS, Plaintiff California Coastkeeper Alliance ("Plaintiff" or "Alliance"), and defendants County of Sacramento ("County"), Sacramento Area Sewer District ("SASD"), Sacramento County Department of Water Resources ("DWR") (collectively "Defendants") agreed on a tentative settlement resolving the issues raised in Plaintiffs' complaint; and

WHEREAS, on January 31, 2023, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

WHEREAS, on February 1, 2023, Plaintiff submitted a [Proposed] Consent Decree to the Court for approval and entry.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit 1," and enter the Consent Decree as judgment.

DATED: February 1, 2023

          /s/Jason R. Flanders
          Jason R. Flanders
          Attorneys for Plaintiff
          *California Coastkeeper Alliance*